## Menego Unemployment Compensation Case. Westinghouse Electric Corporation, Appellant, *v.* Unemployment Compensation Board of Review.

Argued September 12, 1968. *Robert D. Myers*, with him *Frank A. Sinon*, and *Rhoads, Sinon & Reader*, for appellant; *Sydney Reuben*, Assistant Attorney General, with him *William C. Sennett*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decisions and orders affirmed.

## Merchant & Evans Company, Appellant, *v.* Hamada, Inc.

Argued September 13, 1968. *James E. Riely*, with him *Stassen and Kephart*, for appellant; *Judah I. Labovitz*, with him *Wolf, Block, Schorr and Solis-Cohen*, for appellee.

Judgment affirmed.